UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION

| | |
|---|---|
| DANIEL R. HATLEY, <br><br> Plaintiff, <br><br> v. <br><br> KATAPULT GROUP, INC., <br><br> Defendant. | Case No. 3:21-cv-00108-GCS |

### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

NOW COMES, DANIEL R. HATLEY ("Plaintiff"), by and through his undersigned attorney, and in support of his Notice of Voluntary Dismissal with Prejudice, state as follows:

Plaintiff, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby voluntarily dismisses his claims against the Defendant, KATAPULT GROUP, INC., with prejudice. Each party shall bear its own costs and attorney fees.

Dated: March 25, 2021

Respectfully Submitted,

*/s/ Nathan C. Volheim*
Nathan C. Volheim (#6302103)
*Counsel for Plaintiff*
Sulaiman Law Group, Ltd.
2500 S. Highland Avenue, Suite 200
Lombard, IL 60148
Phone: (630) 575-8181 x113
Fax: (630)575-8188
nvolheim@sulaimanlaw.com

## **CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on March 25, 2021, a true and correct copy of the above and foregoing document was filed with the Court via CM/ECF and served on all parties requested electronic notification.

*/s/ Nathan C. Volheim*
Nathan C. Volheim