IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **Daniel R. Hatley,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | )   Case No. 21-cv-108-GCS |
| | ) |
| **Katapult Group Inc,** | ) |
| | ) |
| **Defendants.** | ) |

## JUDGMENT IN A CIVIL ACTION

**SISON, Magistrate Judge:**

Pursuant to the Plaintiff's Notice of Voluntary Dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(i) (Doc. 13), this case has been dismissed with prejudice with each party to bear its own costs.

IT IS SO ORDERED.

DATED: April 9, 2021

                                                  MARGARET M. ROBERTIE, Clerk of Court
                                                  *s/ Catina Simpson*
                                                  Deputy Clerk

Approved: *s/ Gilbert C. Sison*
Gilbert C. Sison, U.S. Magistrate Judge